IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR PINON CORONA,

        Petitioner,               No. CIV S-10-2255 GGH P

   vs.

M.D. MCDONALD,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Fed. R. Civ. P 8 sets forth general rules of pleading in the federal courts. Complaints (and petitions) are required to set a forth (1) the grounds upon which the court's jurisdiction rests, (2) a short and plain statement of the claim showing entitlement to relief; and (3) a demand for the relief plaintiff seeks. The petition meets none of these requirements. Instead, petitioner has submitted an application for habeas relief that is almost entirely blank, giving no indication of petitioner's alleged grounds for relief or the supporting facts.

        Petitioner is hereby notified that in order for this court to review his application, he must refile his petition, stating all relevant claims and providing the court with all necessary

1

1    information, as indicated on the form provided.

2            In accordance with the above, IT IS HEREBY ORDERED that:

3            1. Petitioner's application for writ of habeas corpus is dismissed with leave to
4    amend within thirty days from the date of this order;

5            2. Any amended petition must be filed on the form employed by this court and
6    must state all claims and prayers for relief on the form.  It must bear the case number assigned to
7    this action and must bear the title "Amended Petition";

8            3. The Clerk of the Court is directed to send petitioner the court's form for
9    application for writ of habeas corpus; and

10           4. The court makes no ruling on petitioner's request to proceed in forma pauperis.

11   DATED: September 14, 2010

12                                                  /s/ Gregory G. Hollows

13                                                  _____
                                                    GREGORY G. HOLLOWS
14                                                  UNITED STATES MAGISTRATE JUDGE

15   GGH:md
     coro2255.114